UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CR-00045-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| JESSICA BAILEY SOWELL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**TAKE NOTICE** that the United States may file a response to Defendant's Motion to Attend Memorial Service, (Doc. No. 23), by October 17, 2024, at 12:00 p.m.

**IT IS SO ORDERED.**

Signed: October 16, 2024

Frank D. Whitney
United States District Judge

1