# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CR-00045-FDW-DCK

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| JESSICA BAILEY SOWELL, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court on Defendant Jessica Bailey Sowell's Motion to Attend Memorial Service, (Doc. No. 23). Defendant, who is in custody pending sentencing, requests a temporary release from custody to attend her grandmother's memorial service on October 19, 2024. (Id.) The Government opposes Defendant's release without supervision due to risk of flight and danger to the community,[1] but it does not oppose her release into the custody of a Deputy U.S. Marshal or Task Force Officer. (Doc. No. 25, p. 2.) However, the U.S. Marshals Service has communicated to Defendant's attorney and to the Court that due to the risk and logistical hurdles involved, it cannot transport Defendant to the memorial service. Accordingly, while the Court is sympathetic to Defendant's loss, it cannot permit Defendant's unsupervised release from custody. Thus, for the reasons stated in the Government's Response, (Doc. No. 25), Defendant's Motion is **DENIED**.

---

[1] After her arrest, Defendant was detained in part because she "was arrested after being found in possession with . . . multiple counterfeit identifications with her picture but several different aliases and equipment used to make identification charges." (Doc. No. 14, p. 3.) Defendant was later "found in another hotel room with . . . additional counterfeit identifications, allegedly stolen Guatemalan and Honduran passports, and two U.S. passports." (Id.)

Ultimately, Defendant pled guilty to three counts: bank fraud in violation of 18 U.S.C. §§ 1344 and 2, aggravated identity theft in violation of 18 U.S.C. § 1028A and 2, and possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1). (Doc. No. 18.) Defendant's criminal history and conviction indicate that she remains a flight risk.

1

**IT IS THEREFORE ORDERED** that Defendant's Motion to Attend Memorial Service, (Doc. No. 23), is **DENIED**.

**IT IS SO ORDERED.**

Signed: October 17, 2024

Frank D. Whitney
United States District Judge